**IN RE: Lamar Keith GARVIN, Petitioner.**

**No. 17-1752**

United States Court of Appeals, Fourth Circuit.

Submitted: November 21, 2017

Decided: November 27, 2017

Lamar Keith Garvin, Petitioner Pro Se.

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamar Keith Garvin petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. We conclude that the present record does not reveal undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny Garvin's petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*